[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



FILED

GMM

1/3/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Brian Keith Smith )
)
_____ )
)
Plaintiff(s), )
)
v. )
Ford Motor Company (Labor )
Relations, UAW, and Medical )
)
Defendant(s). )

1:24-cv-00075
**Judge Matthew F. Kennelly**
**Magistrate Judge Sunil R. Harjani**
Case Number: **CAT. 3 / RANDOM**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Brian Keith Smith _____ of the

county of Lake _____ in the state of Indiana _____.

3. The defendant is Ford Motor Company _____, whose

street address is 1000 E. Lincoln Hwy _____,

(city) Ford Height (county) Cook (state) Illinois (ZIP) 60411

(Defendant's telephone number) (708) - 757-5700 _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

1000 E. Lincoln Hwy _____ (city) Ford Heights

(county) Cook (state) Illinois (ZIP code) 60411

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

    (a)    ☐    was denied employment by the defendant.

    (b)    ☑    was hired and is still employed by the defendant.

    (c)    ☐    was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about,
    (month) 24-2015 , (day) 24 , (year) 2015 .
         9-02-2015      02      2015

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a)    The defendant is not a federal governmental agency, and the plaintiff
         [*check one box*] ☐*has* ☑*has not* filed a charge or charges against the defendant

         asserting the acts of discrimination indicated in this complaint with any of the

         following government agencies:

         (i)    ☑ the United States Equal Employment Opportunity Commission, on or about

             (month) 09 (day) 02 (year) 2015 .

         (ii)    ☑ the Illinois Department of Human Rights, on or about

             (month) 03 (day) 30 (year) 2017 .

    (b)    If charges *were* filed with an agency indicated above, a copy of the charge is

         attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois

    Department of Human Rights to cross-file with the other agency all charges received. The

    plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)  Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ Yes  ☑ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☑ N0, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐  the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐  the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☑  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c)  ☑  Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d)  ☐  National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e)  ☑  Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f)  ☐  Religion (Title VII of the Civil Rights Act of 1964)

    (g)  ☐  Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12.    The defendant [*check only those that apply*]

    (a)  ☐  failed to hire the plaintiff.

    (b)  ☐  terminated the plaintiff's employment.

    (c)  ☐  failed to promote the plaintiff.

    (d)  ☐  failed to reasonably accommodate the plaintiff's religion.

    (e)  ☑  failed to reasonably accommodate the plaintiff's disabilities.

    (f)  ☑  failed to stop harassment;

    (g)  ☑  retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h)  ☐  other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

        (a)     ☐ Direct the defendant to hire the plaintiff.

        (b)     ☐ Direct the defendant to re-employ the plaintiff.

        (c)     ☐ Direct the defendant to promote the plaintiff.

        (d)     ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

        (e)     ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

        (f)     ☑ Direct the defendant to (specify): Pay Medical Retirement, Pay I.R.S $31,103.28 with interest. Reimburse Med $50,000.00 because I had to sell My house.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

Brian Keith Smith

(Plaintiff's signature)

Brian Keith Smith

(Plaintiff's name)

222 Primrose Drive

(Plaintiff's street address)

(City) Dyer _____ (State) Indiana (ZIP) 46311

(Plaintiff's telephone number) 734) - 368-7759

Date: 1-03-24

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

## STATE OF ILLINOIS
## HUMAN RIGHTS COMMISSION

IN THE MATTER OF: )
)
BRIAN KEVIN SMITH, )
)
        Complainant, )   Charge No.:   2016CF0476
)   EEOC No.   21BA52303
        and )   ALS No.:   17-006
)
FORD MOTOR COMPANY, )
)
        Respondent. )

## FORD MOTOR COMPANY'S NOTICE OF HEARING
## ON MOTION TO DISMISS COMPLAINT

You are hereby notified that I shall appear on March 30, 2017, at 10:00 a.m. at the offices of the Illinois Human Rights Commission, 100 W. Randolph Street, Suite 5-100, Chicago, Illinois, and present Ford's Motion to Dismiss Complaint ("Motion") for hearing, at which time you may appear, if you so desire. The Motion has been previously filed with the Commission and served on all parties as well as the Department of Human Rights.

I certify under penalty of perjury that I served a copy of this Notice of Hearing upon all parties of record and the Department, specifically:

Brian K. Smith
222 Primrose Drive
Dyer, IN 46311

Chief Legal Counsel of the Department of Human Rights
100 W. Randolph St., Suite 10-100
Chicago, IL 60601

by placing a copy in the U.S. mail, properly addressed and posted for delivery on March 3, 2017.

## VERIFICATION

I do hereby swear or affirm that the facts set out in this Complaint of Civil Rights Violation are true.

X _Brian K. Smith_      _Brian Keith Smith_
<br>Complainant

Subscribed and sworn to before me on this ___17___ day of ___JAN_____, 20__1__7

_Theresa Montes_
<br>Notary Public

> OFFICIAL SEAL
> THERESA MONTES
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:11/27/20

## SERVICE

I ask that the Commission serve a copy of the Complaint in this case on the Respondent by sending it to:

___Susan Bennett_____
<br>(Name of person to be served)

who is the ___Labor Relation_____
<br>(Insert the official title of the person)

of/for Respondent. His/Her address is: _1000 East Lincoln Hwy_
<br>_Chicago Heights, Illinois 60411_

**********

**Please note:**     **YOU MUST TAKE A COPY OF YOUR COMPLAINT TO THE DEPARTMENT OF HUMAN RIGHTS AND GIVE IT TO THE DEPARTMENT ON THE SAME DAY YOU FILE YOUR COMPLAINT WITH THE COMMISSION. IN CHICAGO, THE DEPARTMENT IS LOCATED ON THE TENTH FLOOR OF THE THOMPSON CENTER.**

**Me:** Could you call me, please

Sent: Sep 3, 2015 (plan + Chairman)
Kolinowski

**Matt Kutecher:** I'm discussing it right now.

Received: Sep 3, 2015

**Me:** They gave me a g. Code

Sent: Sep 3, 2015

**Matt Kutecher:** Hotline
888-735-6650

Received: Sep 4, 2015

**Me:** I was scheduled to work this weekend do i lose my



Me: Rob nennersonney from Richard zanier and Bobby Wallace had been sabotaging my line found out last night have witnesses.

Sent: Jan 10, 2014

Kowlanowski, (Plant Chairman)

Matt Kutecher: Make sure to let a committeeman know and tell him u want to make a statement.

Received: Jan 10, 2014

Me: I have a committee man as a witness.



*Ford Motor Company*

**OHSIM** Occupational Health and Safety Information Management System

## Visit Summary Report

Report Requester: denise bombagetti

Report Print Date:03/01/2016

| | | | |
|---|---|---|---|
| **Visit Number:** | 1204-2015-06079 | **Visit Type:** | Personal |
| **Original Visit Number:** | 1204-2015-06079 | **Attachment:** | N |
| **Person's Name:** | BRIAN K SMITH | **Primary ID** | XXX-XX-7629 |
| **Worker's Comp to Review:** | N | **Worker's Comp Code:** | |
| **Visit Date and Time In:** | 09/04/2015 13:52:00 | | |

### Subjective

**Person Statement:** This visit is created to document events of interaction with this employee on 9/3/15. . I was contacted by LR Rep Susanne Bennett and UAW Rep Don Beyer , to come to LAbor to speak with this employee. I was informed that the employee appeared to be angry and agitated during a meeting they were having with this employee regarding his reports of ongoing harrassment from a Supervisor. (denise bombagetti, RN 09/04/2015 14:01)

**Updated Medication History:** No

**Updated Allergy History:** No

**Updated Immunization History:** No

### Objective

**Clinical Observation:** ee wsa sitting in chair; I sat next to him in the presence of the LR Rep; UAW Rep and a Security officer. ee was calmly sitting at this time. skin w& d. Breathing easy / non-labored. (denise bombagetti, RN 09/04/2015 14:04)

### Assessment

| Laterality | Body Part | Diagnosis | Primary |
|---|---|---|---|
| | | Persons encountering health services in other specified circumstances | Yes |

### Plan/Treatment

**Plan:** Upon my arrival to the LR office with LR Rep Susanne Bennett & Union Rep Don Beyer, I found Mr Smith sitting in chair and A Security Officer also in the room. I sat down next to Mr. Smith , he was aware of who I was. I asked him if there was anything I could do for him. He proceeded to explain to me what he was going through regarding his feelings that he was being harrassed by a supervisor and simgled out. He went into great detail regarding his feeelings and thought sregarding the situatiion. He also stated that he did not feel that anyone was listening to him regarding the situation,, chich he mentioned hads happened in the past, he indicated that he did not think his union or the managementb where doing anything for him rearding this situation. (denise bombagetti, RN 09/05/2015 7:53)

*see how their lying g*
*I wasn't even at worl*
*Ford Motor, UAW and susan Benette*
*sent me for evaluation.*

3/1/2016

He stated that he has amde sevral call and reports to the Hot line to report the acts of harassment he believes were happening. He indicated to me the he is under a great deal of stress and finds it difficult to sleep and concenetrate. He also mentined that he had been a a medical leave in the past for this. I asked him why he had Security escort him to LR today; he informed me that he felt threatened coming into the plant and he has to be on high alert if he ran into this Supervisor, He states he has thought of what he would need to do should there be a confrontation and what he would do to protect himself. Since the ee indicated that he has not been sleeping well and having problems witrh concentration while at work, along with his conversation repeatedly returning to his detailing the events over the past few days as significant harassment and cause for personal stress; I asked the ee if he felt he needed to see is PMD and possibly require a medical leave at this time due to his physicla symptoms. the ee stated that he did think a medical leave would be good. I asaked if he was still treating with a physician in Michigan, since he was a transfer from MI. He indicated that he was not but was under the care of a doctor at the Dyer hospital for his last leave but did not remember his name. I asked the ee if he would lie me to assist him in finding out who he last saw and perhaps assist him in getting an appointmnet tomorrow. ee agreed. I (denise bombagetti, RN 09/05/2015 7:54)

At no time was there a discussion about his past diagnososi , treatments or physicians names during this meeting. I informed the ee that I would contact him via phone at his home the next day and I would try to locate the name of his MD from his medical records. He appeared to be receptive to this plan; at which time the meeting was concluded. (denise bombagetti, RN 09/05/2015 8:03)

Susan Benette is lying! Susan Bevette and Don Beyer were present when I was writing both of them up for events that happened August 28, 2015. I had called Matt Kowlmowski who said that he would be at the meeting but did not show.

If you look at the dates you will see I wasn't at work. This File has been edited.



*Ford Motor Company*

## OHSIM Occupational Health and Safety Information Management System

---

### Visit Summary Report

Report Requester: denise bombagetti

Report Print Date:03/01/2016

| | | | |
|---|---|---|---|
| Visit Number: | 1204-2015-06098 | Visit Type: | Personal |
| Original Visit Number: | 1204-2015-06079 | Attachment: | N |
| Person's Name: | BRIAN K SMITH | Primary ID | XXX-XX-7629 |
| Worker's Comp to Review: | | Worker's Comp Code: | |
| Visit Date and Time In: | 09/05/2015 08:15:00 | | |

---

#### *Subjective*

**Person Statement:** Visit created to documenmt events of follow-up and process to schedule ee an appopintment with the last teating psychician he saw related to his lats PML for stress that he had indicate d was caused by the last time he had an issue of what he felt was work place harrassment, after reviewing records I found that ee had been under the care of a psychiatrist at St MArgaret Hospitalm in Dyer. (denise bombagetti, RN 09/05/2015 8:21)

**Updated Medication History:** No

**Updated Allergy History:** No

**Updated Immunization History:** No

---

#### *Objective*

**Clinical Observation:** n/a (denise bombagetti, RN 09/05/2015 8:21)

---

#### *Assessment*

| Laterality | Body Part | Diagnosis | Primary |
|---|---|---|---|
| | | Persons encountering health services in other specified circumstances | Yes |

---

#### *Plan/Treatment*

**Plan:** I attempted to contact this physician by found out that he was no longer in the area. I attempted to arrange for an appointment with another psychiatrist from the same gropu and hospital, but was informed that the next availability would not be for 6-8 weeks. Based on the employee's description of his physical symptoms yesterday and the fact that his reporting that he felt he needed to be on high alert when coming into the planr and have a plan ready to protect himself should he be harrassed again by the supervisor, I (denise bombagetti, RN 09/05/2015 8:27)

Based on these facts, I had a Safety concern and recommended to LR that it would be best to have the ee sent for a Fit for Duty exam prior to ee being returned to work, especially since I was not able to get ee into see a physician regarding his feelings he needed to be on a medical leave. I discussed the recommendation for Fit for Duty with HR Manager M Gollan; LR Susanne Bennet who was present at initial meeting. S. Bennet also informed me that prior to my coming tom the meeting yesterday, ee's behavior was quite different and he appeared very angry during their



31, 5am - Tues. Sept 1, 5pm.

**Strong turnout = strong mess. 2 Company, Important 2 Vote! Matt K.**

Received: Aug 20, 2015

**Me:** Matt im being discipline for a near miss but being told i do not have the right to see the report.

Sent Sep 1, 2015

**Me:** Im in labor and need a representative

Sent Sep 3, 2015

Sent: Sep 3, 2015

**Me:** Could you call me, please

Sent: Sep 3, 2015

**Matt ~~Kutecher~~** *Kowlinowski*: I'm discussing it right now.

Received: Sep 3, 2015

**Me:** They gave me a g. Code

Sent: Sep 3, 2015

**Matt Kutecher:** Hotline
888-735-6650

Received: Sep 4, 2015

**Me:** I was scheduled to work this weekend do i lose my



*Ford Motor Company,*    Denise Bombagetti

**OHSIM** Occupational Health and Safety Information Management System

---

**Visit Summary Report**

Report Requester: Kathleen Marie Otto

Report Print Date: 12/20/2016

| | | | |
|---|---|---|---|
| **Visit Number:** | 1204-2015-06098 | **Visit Type:** | Personal |
| **Original Visit Number:** | 1204-2015-06079 | **Attachment:** | N |
| **Person's Name:** | BRIAN K SMITH | **Primary ID** | XXX-XX-7629 |
| **Worker's Comp to Review:** | | **Worker's Comp Code:** | |
| **Visit Date and Time In:** | 09/05/2015 08:15:00 | | |

---

### *Subjective*

**Person Statement:** Visit created to documenmt events of follow-up and process to schedule ee an appopintment with the last teating psychician he saw related to his lats PML for stress that he had indicate d was caused by the last time he had an issue of what he felt was work place harrassment, after reviewing records I found that ee had been under the care of a psychiatrist at St MArgaret Hospitalm in Dyer. (denise bombagetti, RN 09/05/2015 8:21)

**Updated Medication History:** No

**Updated Allergy History:** No

**Updated Immunization History:** No

---

### *Objective*

**Clinical Observation:**          n/a (denise bombagetti, RN 09/05/2015 8:21)

---

### *Assessment*

| Laterality | Body Part | Diagnosis | Primary |
|---|---|---|---|
| | | Persons encountering health services in other specified circumstances | Yes |

---

### *Plan/Treatment*

**Plan:** I attempted to contact this physician by found out that he was no longer in the area. I attempted to arrange for an appointment with another psychiatrist from the same gropu and hospital, but was informed that the next availability would not be for 6-8 weeks. Based on the employee's description of his physical symptoms yesterday and the fact that his reporting that he felt he needed to be on high alert when coming into the planr and have a plan ready to protect himself should he be harrassed again by the supervisor, I (denise bombagetti, RN 09/05/2015 8:27)

Based on these facts, I had a Safety concern and recommended to LR that it would be best to have the ee sent for a Fit for Duty exam prior to ee being returned to work, especially since I was not able to get ee into see a physician regarding his feelings he needed to be

---

on a medical leave. I discussed the recommendation for Fit for Duty with HR Manager M Gollan; LR Susanne Bennet who was present at initial meeting. S. Bennet also informed me that prior to my coming tom the meeting yesterday, ee's behavior was quite different and he appeared very angry during their discusssions, that bwas why I was called into the meeeting. She stated that when I came in; his behavior changed and he appeared calmer and actually spoke quietly. I was able to schedule a Fit for Duty exam for the employee at INGALLS Occupational Health in South Holland for 9/4/15. I contacted ee by phone and it was arranged that he would be picked up by SAuk TrailTaxi from his home at 3:30pm and taken to INGALLS for the exam..He would then be returned home and based on the results, either RTW or stay home based on the MD's recommendations. ee agreed to this. (denise bombagetti, RN 09/05/2015 8:40)

ee attended the Fit for Duty at approx 4pm on 9/4/15 with Dr. Akbar. I was contacted by the staff at Ingalls and also spoke to the ee at that time. I was told by Dr. Akbar that he felt the ee was to remain off work; he had recommended a referral for ee to see Dr. T. McMAnus , a Pshycologist on Tuesday 9/8/15 @ 1pm. I then spoke with the ee who stated he would not be able to make the 1pm appointment; I instructed ee that I would contact Dr. McManus to see if a different time could be arranged. I also instructed ee to call the number he was given by Ingallls to contact Dr. McManus to try an dschedueld a time that would be agreeable to both Dr and ee. ee verbalized agreement and also stated that he was not tom report to work until seen by Dr. McManus. ee stated he was concerned about his pay and strongly indicatecthat he believes that any medical leave should not be under his personal; he was quite adament that he bel;ieves all leaves should be occupational and covered undr WC. He also statedthat all he wants is to get his WC disability and money related to his harrassment suits. I explained to ee that I have no involvement in this area at all. I was just concerned inhelping him with his current health situation. (denise bombagetti, RN 09/05/2015 8:52)

on a medical leave. I discussed the recommendation for Fit for Duty with HR Manager M Gollan; LR Susanne Bennet who was present at initial meeting. S. Bennet also informed me that prior to my coming tom the meeting yesterday, ee's behavior was quite different and he appeared very angry during their discusssions, that bwas why I was called into the meeeting. She stated that when I came in; his behavior changed and he appeared calmer and actually spoke quietly. I was able to schedule a Fit for Duty exam for the employee at INGALLS Occupational Health in South Holland for 9/4/15. I contacted ee by phone and it was arranged that he would be picked up by SAuk TrailTaxi from his home at 3:30pm and taken to INGALLS for the exam..He would then be returned home and based on the results, either RTW or stay home based on the MD's recommendations. ee agreed to this. (denise bombagetti, RN 09/05/2015 8:40)

ee attended the Fit for Duty at approx 4pm on 9/4/15 with Dr. Akbar. I was contacted by the staff at Ingalls and also spoke to the ee at that time. I was told by Dr. Akbar that he felt the ee was to remain off work; he had recommended a referral for ee to see Dr. T. McMAnus , a Pshycologist on Tuesday 9/8/15 @ 1pm. I then spoke with the ee who stated he would not be able to make the 1pm appointment; I instructed ee that I would contact Dr. McManus to see if a different time could be arranged. I also instructed ee to call the number he ws given by Ingallls to contact Dr. McManus to try an dschedueld a time that would be agreeable to both Dr and ee. ee verbalized agreement and also stated that he was not tom report to work until seen by Dr. McManus. ee stated he was concerned about his pay and strongly indicatecthat he believes that any medical leave should not be under his personal; he was quite adament that he bel;ieves all leaves should be occupational and covered undr WC. He also statedthat all he wants is to get his WC disability and money related to his harrassment suits. I explained to ee that I have no involvement in this area at all. I was just concerned inhelping him with his current health situation. (denise bombagetti, RN 09/05/2015 8:52)

I was returned back to work but the information was with held. I investigated myself by driving to clinic. The File showed I was sent back to work but I was told Different by Denise Bombegetti



# Ingalls.

**Occupational Health Program**

16246 Prince Drive
South Holland, IL 60473

Phone: 708-915-4947
Fax: 708-868-8127

## PHYSICAL EXAM AND HEALTH HISTORY

| NAME (Last, First, Middle) | SOCIAL SECURITY # | BIRTHDATE | AGE | MALE | FEMALE | DATE OF EXAM |
|---|---|---|---|---|---|---|
| SMITH, BRIAN | | 09/20/1967 | 47 | ✓ | | 09/04/2015 |

| ADDRESS, CITY, STATE, ZIP CODE | HOME PHONE # | WORK PHONE # |
|---|---|---|
| 222 PRIMROSEE DR       Dyer, IN 46311 | (734) 368-7759 | (708) 757-5700 |

### HEALTH HISTORY (patient completes this section)

| YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|
| | ✓ | Any illness or injury in the past 5 years? | | ✓ | Lung disease, emphysema, asthma, chronic bronchitis | | ✓ | Fainting, dizziness |
| | ✓ | Head/brain injuries, disorders or illnesses | | ✓ | Kidney disease, dialysis | | ✓ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| | ✓ | Seizures, epilepsy Medication | | ✓ | Liver disease | | ✓ | Stroke or paralysis |
| | ✓ | Eye disorders or impaired vision (except corrective lenses) | | ✓ | Digestive problems | | ✓ | Missing or impaired hand, arm, foot, leg, finger, toe |
| | ✓ | Ear disorders, loss of hearing or balance | | ✓ | Diabetes or elevated blood sugar controlled by: ☐ diet ☐ pills ☐ insulin | | ✓ | Spinal injury or disease |
| | ✓ | Heart disease or heart attack; other cardiovascular condition Medication | | ✓ | Nervous or psychiatric disorders, e.g., severe depression Medication | | ✓ | Chronic low back pain |
| | ✓ | High blood pressure Medication | | ✓ | Loss of, or altered consciousness | | ✓ | Regular, frequent alcohol use |
| | ✓ | Muscular disease | | ✓ | Chronic pain? | | ✓ | Narcotic or habit forming drug use |
| | ✓ | Shortness of breath at rest? | | | | | | |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitations. List all medication(s) (including over-the-counter medications) used regularly or recently:

MEDICATIONS= NONE PER PATIENT
PCP= DR. SUNIL DEAHIA @ ST MARGARETS IN DYER INDIANA ?

MEDICAL EXAMINER'S COMMENTS ON HEALTH HISTORY (must include "yes" answers above, discussion of past medical and surgical history, most recent medical attention, and medications (including side effects):

MEDICATIONS= NONE PER PATIENT
PCP= DR. SUNIL DEAHIA @ ST MARGARETS IN DYER INDIANA ?

PMH- sIRI of shoulder recently, denies any psych history.
PSH/Hosp- neg
Meds- Motrin
PCP- last visit 2 years ago
Occ- hx- forklift operator, team leader
SH- no toh, etoh- occasionally; lives with wife and kids - denies any social issues
ROS- decreased sleep over last 2 weeks, decreased appetite, denies depressed mood, but frustrated, not angry.

**Ingalls Occupational Health Program**
**Routine Physical Examination, continued....**

Patient Name: SMITH, BRIAN

page 2

## VITALS, VISUAL ACUITY, URINALYSIS (to be completed by staff/medical provider)

| HEIGHT | 74.0 | WEIGHT | 240.9 | BP #1 | 148 / 70 | | PULSE | 60 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | BP #2 | | | PULSE | (after 1 min exercise) | |

| VISUAL ACUITY (Snellen Eye Exam) | | **with correction** | | | **without correction** | | |
|---|---|---|---|---|---|---|---|
| Color Blindness (Ishihara) | Y | Near | Right 20 / | Left 20 / | Both 20 / | Near Right 20 / | Left 20 / | Both 20 / |
| COLOR PASSED WNL | | Far | Right 20 / | Left 20 / | Both 20 / | Far Right 20 / 20 | Left 20 / 20 | Both 20 / 20 |

### URINE DIP

| Ph | PROTEIN | GLUCOSE | KETONE | BILIRUBIN | BLOOD | NITRITE | UROBILINOGEN | SPECIFIC GRAVITY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## ROUTINE PHYSICAL EXAMINATION (completed by medical provider)

| BODY SYSTEM | CHECK FOR | YES | NO | BODY SYSTEM | CHECK FOR | YES | NO |
|---|---|---|---|---|---|---|---|
| General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse | | ✓ | Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness | | ✓ |
| Eyes | Pupillary equality, reaction to light, accommodation, ocular mobility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos. Ask about retinopathy, cataracts, aphakia, glaucoma, macular degeneration and refer to a specialist, if appropriate | | ✓ | Vascular System | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins | | ✓ |
| Ears | Scarring of tympanic membrane, occlusion of external canal, perforated eardrums | | ✓ | Genito-urinary System | Hernias | | ✓ |
| Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing | | ✓ | Extremities | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia | | ✓ |
| Heart | Murmurs, extra sounds, enlarged heart, pacemaker, implantable defibrillator | | ✓ | Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness | | ✓ |
| Lungs and chest, not including breast exam | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds, including wheezes or alveolar rates, impaired respiratory function, cyanosis. Abnormal findings such as pulmonary test and/or x-ray of chest. | | ✓ | Neurological | Impaired equilibrium, coordination or speech pattern; asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia | | ✓ |

**COMMENTS ON PHYSICAL EXAMINATION:**

MMSE: 1st floor, Sep 3, Friday, pencil, orange, car    100, 93, 86, 78, 71, 63, 56

CLASSIFICATION:
- ☐ Qualified for job offered
- ☐ Qualified for job offered with the following accommodations _____
- ☐ Not qualified
- ☒ Needs PMD note:

COMMENTS/RE-EVALUATION:

Raza Akbar, MD
Medical Provider Name (please print)

Medical Provider Signature

09/04/2015
Date

Smith, Brian ECD #3101337 9/4/2015-   OPT OCO SF Encounter Form  9/4/2015 4:12:49 PM zxj3723 10/3/2023 12:54:03 PM -05:00

**Financial Form**  <span style="text-align:center">**Ingalls Memorial Hospital**</span>

| **Patient Demographics** | | |
|---|---|---|
| **Name: SMITH, BRIAN** | **Gender: M**  **Age: 47Y**  **DOB: 09/20/1967** | **MR#: 01249263** |
| | **Marital Status:** M | **Employer:** |
| **Address:** 482 PRIMROSE DRIVE  DYER, IN 46311 | **Race:**  Black  **Religion:**  N | |
| **Phone:** 219-322-7183 | **Cell Phone:** | |

| **Episode Summary** | | |
|---|---|---|
| **ECD #** 3101337 | **Att MD:**  Akbar, Raza, MD | **Adm HP:** Akbar, Raza, MD |
| **Clinical Service:** OCCMEDOP | **Enc Prov:** IMH Occ Med | **MCaid Dr:** |
| **Result Recip:** SHOM | **Pt Room:** | **MCaid DR Ph:** |
| **Admit Dt::**  09/04/15 16.10 | **Disch Dt:** | **Lev Care:** |
| **Admit Type:**  Elective | **Accident Type:** | |
| **Admit Source:**  Clinic or Phys Off | **Accident Date:** | **MRO Status:** |
| **Admit Diag Descr:** PHY | | |

| **Emergency Contact** | | |
|---|---|---|
| **Name:** FOY, COSTEE (Patient is: Spouse) | | |
| **Phone:** 219-322-7183 | **Alt Phone:** | |

| **Guarantor Information** | | |
|---|---|---|
| **Name:**  SMITH, BRIAN  **Address:** 482 PRIMROSE DRIVE  DYER, IN 46311 | **Employer:** | |
| **Phone:**  219-322-7183  **SSN:** | **Employer Phone:**  **Pt Rel to Guar:** Self | |

| **Insurance Information** | | |
|---|---|---|
| **Insurance 1**  Systoc/Occ Med/Systoc/Occ Med  PO BOX 30245  LAKELAND, FL 33802  800-358-2072  **Verified?** N | **Group #**  WC  **Auth #**  **Eff Date** | **Policy #**  XXXXX | **Subscriber**  **REL: Self**  BRIAN SMITH  **Sex: M: DOB: 09/20/67**  Employer |
| **Insurance 2**  **Verified?** | **Group #**  **Auth #**  **Eff Date** | **Policy #** | **Subscriber**  **REL:**  **Sex: DOB:**  Employer |
| **Insurance 3**  **Verified?** | **Group #**  **Auth #**  **Eff Date** | **Policy #** | **Subscriber**  **REL:**  **Sex: DOB:**  Employer |

User: dwalters     ECD (EDM SC): 3101337     Encounter: 4349457     Printed: 09/04/2015 16:12

**AVOID VERBAL ORDERS**

**"SAY IT IN WRITING"**

DATE 9-11-15          NO 15-096

TO LR          FROM Don Beyer

Pay B.K. Smith 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  58 hours of pay
at his applicable rates and premiums. Days paid
are, Thursday 9-3-15, Friday 9-4-15, Monday 9-7-15,
Tuesday 9-8-15, Wednesday 9-9-15, and Thursday 9-10-15.

SIGNED _Diane Bennett_

NOTICE - Keep This For Reference

PRINTED IN U.S.A.

## HIPAA AUTHORIZATION FOR THE
## RELEASE OF MEDICAL INFORMATION

PATIENT: Brian K. Smith

I, Brian K. Smith, authorize __Dr. McManus__ to release my medical records, including a copy of my entire mental health record, including psychiatric and drug information, and information regarding AIDS/HIV status, treatment or testing, emergency room records, nursing notes, laboratory results, pathology reports, x-ray reports, films, all consent forms, and a copy of the bill of services rendered to me or on my behalf from January 1, 2010 to the present, to Kathleen M. Nemechek, or any other member, employee, designee or agent of Berkowitz Oliver LLP, 2600 Grand Boulevard, Suite 1200, Kansas City, Missouri 64108. A photocopy of this HIPAA Authorization may be used in place of and with the same force and effect as the original. These records are being requested in conjunction with active litigation.

If any of the information to be released constitutes a psychiatric communication or a communication with a psychologist, or any other mental health worker, this release will serve as my written release of that information. I understand that my refusal to grant consent for this release of mental health information will in no way jeopardize my right to continue to obtain treatment, except where disclosure is necessary for treatment or permitted by law. I understand that no psychotherapy notes may be disclosed by my signing this Authorization and that a separate Authorization would be required for the release of psychotherapy notes.

If any information to be released relates to treatment for alcohol or drug abuse, I understand that such information is subject to the requirements of Part 2 of Title 42 of the Code of Federal Regulations, which prohibits the further release of such information without my consent, as referenced in the federal regulations, or as otherwise permitted by law.

I understand that if the person or entity who receives the information is not a health care provider or health care plan covered by the federal privacy regulations, the information described above may be disclosed and no longer protected by those regulations.

I understand that I may refuse to sign this Authorization and that if I refuse to sign this Authorization, it will not affect my ability to obtain treatment or payment or my eligibility for benefits. I also understand that I may inspect or copy any information used/disclosed under this Authorization.

This Authorization will expire in one year, and may be revoked by me at any time, in writing, except to the extent that action has been taken in reliance thereon.

__7-20-18__
Date

__Brian K. Smith__ (signature)
Brian K. Smith

Date of Birth: __9-20-1967__

Social Security No.: ████████

Subscribed and sworn to before me this __20th__ day of __February__, 2018.

My Commission Expires:

Notary Public: __Patrick D. John__

PATRICK D. JOHN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2018

**Subject:**   Voicemail

**From:**   Deeke, Kevin (K.A.) (kdeeke@ford.com)

**To:**   local588@sbcglobal.net;

**Date:**   Wednesday, October 28, 2015 6:10 AM

Bill,

I received your voicemail regarding the AVO payments made to Mr. Brian Smith. Here is the information I was able to get:

AVO 15-096 - 16 hrs (PE 9/6/15)– check number 44887062, direct deposited on 9/18

AVO 15-096 – 42 hrs (PE 9/13/15) – check number 4487063, direct deposited on 9/18

AVO 15-098 – 35 hrs (PE 9/6/15) – check number 4469466, direct deposited on 9/25

Let me know if you need additional information.

Kevin Deeke

HR- Labor Relations

Chicago Stamping Plant

Email: kdeeke@ford.com

Phone: 708-756-6523



# Franciscan
## ST. MARGARET HEALTH

02/12/2018
RE; Brian Smith
222 Primrose Dr
Dyer IN 46311

To whom it may concern,

Our office has no documentation of phone calls from or in relation to Brian Smith in the years 2015 or 2016. Furthermore, we do not have a release of information form in our records which would have allowed our office to disseminate any information that would be specific to Brian during the aforementioned time period.

Sincerely,

Bernice-Natalia Sterna, RN
Franciscan Outpatient Behavioral Health Manager
Dyer, Hammond, & Crown Point

**Crowley, Grant (G.)**

| | |
|---|---|
| **From:** | Taylor, Rebecca (R.L.) |
| **Sent:** | Wednesday, March 01, 2017 9:32 AM |
| **To:** | Deeke, Kevin (K.A.); Crowley, Grant (G.) |
| **Subject:** | FW: Password Manager BSMIT257's Password Reset 2nd Part |

How did he get reactivated??



**Rebecca Taylor**
Labor Relations Supervisor
Chicago Stamping Plant
Phone: (708) 756-6613
Email: rtayl177@ford.com

**From:** Admin, P-Synch (A.)
**Sent:** Wednesday, March 01, 2017 9:29 AM
**To:** Taylor, Rebecca (R.L.)
**Subject:** Password Manager BSMIT257's Password Reset 2nd Part

Hello BSMIT257,

On March 01, 2017 10:29:19 AM a password Reset was issued to **BSMIT257** by
BSUPFVA through https://www.changepassword.ford.com

1



*Ford Motor Company*    *Denise Bombagetti*

**OHSIM** Occupational Health and Safety Information Management System

---

**Visit Summary Report**

Report Requester: Kathleen Marie Otto                    Report Print Date:12/20/2016

| | | | |
|---|---|---|---|
| **Visit Number:** | 1204-2015-06923 | **Visit Type:** | Occupational |
| **Original Visit Number:** | 1204-2015-04799 | **Attachment:** | N |
| **Person's Name:** | BRIAN K SMITH | **Primary ID** | XXX-XX-7629 |
| **OSHA Case Number:** | 1204-15-00155 | | |
| **Worker's Comp to Review:** Y | | **Worker's Comp Code:** | 1 |
| **Visit Date and Time In:** | 10/02/2015 23:30:00 | | |

*Saturday*

---

### Subjective

**Person Statement:**  EE came to medical for cold compress to left shoulder (denise bombagetti, RN 10/03/2015 3:51)   *False My shift Doesn't start until 3:30 pm and I was schedule every 4 hrs.*

**Updated Medication History:**  No

**Updated Allergy History:**  No

**Updated Immunization History:**  No

---

### Objective

**Clinical Observation:**  n/a (denise bombagetti, RN 10/03/2015 3:52)

EE ambulated into medical with pass from supervisor ; AxOx3; no edema or erythema noted to left shoulder; AROM intact; + peripheral pulses intact; + capillary refills intact <3 seconds bilaterally; skin warm, intact, and dry and normal color (Melody Navarro, RN, BSN 10/03/2015 7:37)

---

### Assessment

| Laterality | Body Part | Diagnosis | Primary | Inj/Ill/Rep. Mot. |
|---|---|---|---|---|
| Left | Shoulder | Rotator cuff syndrome | Yes | Illness |
| Left | Shoulder | Impingement syndrome of shoulder | No | Illness |

---

### Plan/Treatment

**Plan:**  Applied cold compress x 20 mins to left shoulder. EE RTW with previous restrictions, (denise bombagetti, RN 10/03/2015 4:06)

Restriction No lifting over 10 lbs has been deleted for the following reason : already listed in system (denise bombagetti,RN 10/3/2015 04:07)

Judy and

Said that if I Leave
for My Shoulder and
Kneck injury it would
be considered personal.
That My Medical Leave to see
a physcien is considered personal

{
Sean Delgado
Dotty ferris
Mathew Unruh
Lynda Nathein (NURSE)
Judy (Nurse)
}

Witnesses

# MIDWEST ORTHOPAEDICS *at* RUSH

February 5, 2019

Effie Holmes
Ford Motor Company
1000 E. Lincoln Highway
Chicago Heights, Il 60411
T: 708-757-0209
F: 708-756-6677

## INDEPENDENT MEDICAL EXAMINATION

**CLAIMANT:**  Smith, Brian
**DATE OF BIRTH:**  9/20/1967
**EXAMINING PHYSICIAN:**  Frank M. Phillips, MD
**DATE OF EXAM:**  2/5/2019

Dear Ms. Holmes:

I am performing a repeat IME and impairment rating on Mr. Smith.

As part of this evaluation the examinee produced a photo ID confirming their identity. It was explained to the examinee that this encounter was for the purpose of an independent medical examination, that no doctor patient relationship is/would be established, that no treatment will be rendered, that no prior doctor patient relationship is known, and that the encounter was for evaluation only. The examinee acknowledged their understanding of the exam.

10/23/17      Dr. Mark Lorenz, Hinsdale Orthopaedics: patient returned for follow-up of neck pain which he stated had increased and radiating to the left arm. He complained of tingling in the bicep and headaches. On exam, patient noted with positive Spurling's on the left and he was diagnosed with foraminal stenosis at C4-5 with left C4 radiculopathy. He was again recommended for C4-5 ACDF pending insurance approval.

12/18/17      Dr. Lorenz: patient returned for follow-up with continued complaint of increased burning to the base of his cervical spine with intermittent headaches and inability to lay supine. Surgery again recommended.

1/15/18      Dr. Lorenz: patient returned for follow-up with continued complaint of neck pain radiating to left shoulder with burning at the base of his neck and intermittent headaches. Awaiting surgical authorization for recommended C4-5 ACDF.

**INDEPENDENT MEDICAL EXAMINATION**
**RE: Smith, Brian**
DOS: 2/5/2019
Page 2 of 4

2/6/18       Dr. Lorenz: patient returned for follow-up with continued complaints of burning pain across his cervical spine and radiation of pain extending into his left shoulder. "Did review IME and addendum by Dr. Phillips. We politely disagree with Dr. Phillips as the patient does have objective clinical findings of positive left sided Spurling's maneuver". Surgical plan unchanged.

3/26/18       Dr. Lorenz: patient's complaints remained unchanged. He had failed conservative treatment and felt he was unable to live with his pain any longer and would like to proceed with surgery.

5/4/18       Drs. Lorenz/ Stanley Fronczak: patient underwent C4-5 ACDF.

5/15/18       Dr. Lorenz: patient returned for initial post-op visit s/p C4-5 ACDF. He reported burning pain had resolved. He complained of tightness over his cervical spine but overall was pleased with results. X-rays of cervical spine obtained which showed advancing fusion from C4-5, without evidence of hardware loosening.   He was given scripts for naproxen and Flexeril.

6/11/18       Dr. Lorenz: patient returned for follow-up 6 weeks s/p C4-5 ACDF with report of increased pain over left cervical spine with increased numbness around his left shoulder. On exam he was noted with pain and spasm over the left trapezius. Cervical x-rays demonstrated no hardware loosening, and patient was referred for physical therapy.

7/23/18       Dr. Lorenz: patient reported improved cervical range of motion since accessing physical therapy, but continued to complain of tightness with spasms over the left cervical paraspinal region and trapezius.

9/17/18       Dr. Lorenz: patient was lifting 20# and pushing/pulling 50# at time of visit; progressing with physical therapy. He was to continue physical therapy to increase his lifting to 50#. He was to remain off work.

10/22/18       Dr. Lorenz:  patient returned having completed physical therapy lifting 50# without difficulty with some achiness across his cervical spine. He was returned to work full duty.

Today, Mr. Smith returns having undergone ACDF surgery by Dr. Lorenz in May 2018. He describes good relief of his symptoms. He describes complete resolution of his neck, shoulder pain, and also improvement in his left upper extremity strength. He has done therapy since the surgery and has apparently been released by Dr. Lorenz. He is apparently now working out and regularly able to do pushups without any difficulty. He is working in his regular job without any restrictions since October 2018. All in all, he is extremely satisfied with his surgical outcome.

**PHYSICAL EXAMINATION:**

Mr. Smith has a healed anterior cervical incision. He has no cervical tenderness to palpation. He displays no Waddell signs. Cervical range of motion is flexion of 60 and extension of 45 degrees without pain reproduction. Spurling's and Lhermitte's are negative. Upper extremity motor exam reveals 5/5 strength in deltoid, biceps, triceps, wrist extensor, wrist flexor, grip, and interossei bilaterally. Sensation is intact in a C5 through C8 dermatomal pattern. Reflexes are symmetric.

**IMAGING:**

**INDEPENDENT MEDICAL EXAMINATION**
**RE: Smith, Brian**
DOS: 2/5/2019
Page 3 of 4

I have reviewed Mr. Smith's most recent October 22, 2018 cervical x-rays. These confirm the C4-5 ACDF construct. Plate and cages are reasonably positioned at this level. There appears to be bone across the disk space.

## EVALUATION:

Mr. Smith has had an ACDF with resolution of his symptoms. He is currently completely asymptomatic. At this point, I believe he has indeed reached MMI with regard to the injury. He is working regular duty and continues to do so.

To address the specific questions posed:

1. Mr. Smith currently has no subjective complaints.
2. There are no positive findings on clinical exam.
3. The current diagnosis is excellent outcome post anterior cervical discectomy and fusion at C4-5.
4. Mr. Smith currently has no subjective complaints.
5. There is no evidence of any symptom magnification.
6. Based on Mr. Smith's clinical course, subsequent to the IME, which appears to have ruled out the shoulder as a symptom generator, I believe he indeed aggravated symptoms related to underlying degeneration at C4-5 in the injury in question. He has responded well to surgical intervention.
7. I believe the treatment directed towards Mr. Smith's cervical spine since September 2017 has been reasonable and necessary.
8. I believe with regard to the cervical spine, a course of epidural injections is reasonable in the course of practice.
9. Following a single-level ACDF, there is no contraindication, to Mr. Smith's return to work in a sedentary or light capacity within 6 weeks of the surgery. Time to resumption of full unrestricted duty, which in his case was 5 months is quite reasonable.
10. With the additional information and records as outlined above, I believe the treatment directed towards Mr. Smith's cervical spine since September 2017, was necessitated by the alleged work accident. I believe his workup and clinical course suggests the cervical spine to be the primary source of his neck, shoulder, and left arm symptoms. I believe this relates to the injury in question.
11. Mr. Smith requires no additional medical care. He has no symptoms at the current time.
12. Not applicable.
13. Mr. Smith has reached MMI with regard to his cervical injury and fusion surgery. He will have reached this in October 2018.
14. Mr. Smith claims he is working regular duty and can continue to do so.

Impairment Rating:

Diagnosis: Cervical spondylosis/herniation with surgery and resolved radiculopathy: Class 1: Default IR 4% (Table 17.3)
FHA: Minimal symptoms: Modifier 0 (Table 17.6)
PEA: No objective findings: Modifier 0 (Table 17.7)
CSA: Used to make Diagnosis
Adjustment: (0-1) + 0-1) = -2
IR = 4-2 = 2% per AMA 6th Edition Guidelines

**INDEPENDENT MEDICAL EXAMINATION**
**RE: Smith, Brian**
DOS: 2/5/2019
Page 4 of 4

Sincerely,

Frank M. Phillips, MD
Director, Spine Surgery
Professor, Orthopaedic Surgery
Spine Fellowship Co-Director
Rush University Medical Center

FMP/jb

**This document was digitally reviewed and approved by:** Frank M Phillips, MD

**A:** 2/19/2019 4:05:54 PM

10/23/2015 11:14:02 PM -0500 HINSDALE ORTHO                    PAGE 3   OF 5

Hinsdale Orthopaedic                                        **10/23/2015**
550 W. Ogden Ave                    NPRO  RM: 10  BODY PART:Left Shoulder
Hinsdale, IL 60521
Main: (630) 323-6116 Fax: (630) 323-6169          Date of Service: 10/21/2015

Brian Smith                    Home: (734) 368-7759
Male DOB: Sep 20, 1967              430517

Gastrointestinal: Denies nausea, vomiting, abdominal pain, rectal bleeding, bowel problems.

Genitourinary: Denies hematuria, kidney stones, sexual problems, testicle pain.

Musculoskeletal: Complains of joint pain, neck pain.

Skin: Denies rash, itching, change in hair or nails, breast lump, breast pain or discharge.

Neurologic: Denies frequent headaches, paralysis, tremors, numbness, tingling.

Psychiatric: Denies insomnia, confusion, memory loss, anxiety, substance abuse.

Endocrine: Denies polydipsia, polyuria, hormone problem.

Allergic/Immunologic: Denies  food allergies, aspirin allergy, antibiotic allergy.

Heme/Lymphatic: Denies bruising easily, slow to heal, enlarged glands.

## General Physical Exam

**General Appearance:**

well nourished and developed, normal body habitus, good hygiene, good grooming

**Eyes:**

normal sclera, normal conjunctiva

**ENMT:**

good dentition

**Psychiatric Evaluation:**

Patient demostrates appropriate age related behavior, appropriate comprehension and judgement, appropriate mood and affect

**Head/Neck:**

normal atraumatic cephalic, normal cervical ROM, normal cervical muscle strength

**Cardiovascular:**

no lower extremity edema, no significant varicosities, symmetric pedal pulses

**Musculoskeletal:**

normal gait pattern, no significant digital or nail deformities

**General Skin:**

Normal to general inspection and palpation.

## Xray Impression

**Upper Extremity Peripheral Neurovascular Exam Left**
Shoulder abduction (Axillary): normal
Biceps (musculocutaneous): normal
Thumb IP extension (radial): normal
Thumb opposition (median): normal
Finger abduction (Ulnar): normal
Sensation over lateral shoulder (Axillary): normal
Sensation over lateral forearm (Musculocutaneous): normal
Sensation over 1st web space (radial): normal
Sensation over index fingertip (median): normal
Sensation over little fingertip (Ulnar): normal
Capillary refill: normal
Radial pulse: normal

**Shoulder Exam**
Palpation
Left Shoulder

# Hinsdale
# Orthopaedics

Jeffrey M. Alter
Law Offices of Anesi, Ozmon, Rodin, Novak & Kohen, Ltd
161 North Clark Street, 21st Floor
Chicago, IL 60601

December 27, 2017

Re:  Brian K. Smith v. Ford Motor Company
     Date of Birth:      09/20/1967
     Date of Accident:   July 27, 2015
     I.C. No.            15WC35820
     File No.            57873/JMA

1. Mr. Smith's work injury of July 27, 2015 was a causative factor in his
   current diagnosis of left C4 radiculopathy. On that day, he was pulling
   himself up onto a forklift when he heard a pop and felt immediate onset
   of pain radiating from his neck to his left shoulder. At his first office visit
   with Dr. Chudik on 10/21/2015 after his work related injury, he did also
   complain of pain in his cervical spine. He was diagnosed at that time
   with left shoulder impingement and cervical radiculopathy. He denies a
   history of neck or radicular complaints prior to work related injury. The
   MRI of the cervical spine completed after his work related injury
   demonstrates significant foraminal stenosis at the C4-C5 interval and an
   EMG demonstrates left C4 radiculopathy. Both these studies confirm
   Mr. Smith's diagnosis of left C4 radiculopathy.

2. The lipoma at the base of Mr. Smith's neck is not related or caused by
   the work injury of July 27, 2015. It was a coincidental finding and
   diagnosis throughout the course of his treatment.

3. It is to a reasonable degree of medical and surgical certainty that all of
   the treatment thus far regarding the cervical injections and
   recommendation of surgical intervention with C4-C5 ACDF has been

Dr. Kris J. Alden
Dr. Steven G. Bardfield
Dr. Debshis Bhagas
Dr. Brian J. Burgess
Dr. Girdhar Burra
Dr. Steven C. Chudik
Dr. Michael F. Collins
Dr. Robert J. Daley
Dr. Achint H. Damish
Dr. Benjamin G. Domb
Dr. Leon A. Dvorkin
Dr. Michael C. Durkin
Dr. Bradley D. Dworsky
Dr. Marc R. Fajardo
Dr. Bernard J. Feldman
Dr. Maria Francis
Dr. Bryant S. Ho
Dr. Joann G. Hudkins
Dr. Mark Karraa
Dr. Justin M. LaReau
Dr. Mark A. Lorenz
Dr. Steven S. Louis
Dr. Edward J. Marowski
Dr. Steven W. Miller
Dr. Allison A. Nash
Dr. Rajesh M. Patel
Dr. Anuj S. Puppala
Dr. Gary R. Templar
Dr. Robert F. Thousnes
Dr. Paul M. Trkol
Dr. Lesli R. Urbanosky
Dr. Michael R. Zindrick

Hinsdale
550 West Ogden Ave.
Hinsdale, IL 60521
630.323.6116

Elmhurst
1200 South York Rd.
Suite 4110
Elmhurst, IL 60126
630.279.2401

Joliet
951 Essington Rd.
Joliet, IL 60435
815.744.4554

Naperville
3940 Rollingridge Rd.
Suite 102
Naperville, IL 60564
630.579.6500

New Lenox
1870 Silver Cross Blvd.
Suite 200
New Lenox, IL 60451
815.462.3474

Western Springs
4700 Gilbert Ave.
Suite 51
Western Springs, IL 60558
708.387.1737

Westmont
1010 Executive Ct.
Suite 250
Westmont, IL 60559
630.920.2350

www.hinsdaleorthopaedics.com

MARK NOVAK
DOUGLAS A. COLBY
JOHN M. POPELKA
STEVEN A. BERMAN
JEFFREY M. ALTER
MICHAEL L. TEICH
BRIAN D. TEVEN
JENNIFER J.C. KELLY

STEVEN A. WADE
HAYLEY GRAHAM SLEFO
JAMES A. MCCARRON
LISA M. CIHARAN
ADAM M. GILBERT

LAW OFFICES

# ANESI, OZMON, RODIN,
# NOVAK & KOHEN, LTD.

21ST FLOOR

161 NORTH CLARK STREET

CHICAGO, ILLINOIS 60601

(312) 372-3822
TOLL FREE
(800) 458-3822
FAX (312) 372-3833

WWW.ANESILAW.COM

FORMERLY

HORWITZ & ANESI
(1955-1965)
J.W. HORWITZ (DEC'D 1963)
CHARLES E. ANESI (DEC'D 1995)
RICHARD A. LEWIN (DEC'D 1985)
NAT P. OZMON (DEC'D 2011)

ADMINISTRATION
PAOLA A. VILLARREAL
CHARLES CHOMSKY (DEC'D 1996)

January 18, 2018

Mr. Brian K. Smith
222 Primrose Drive
Dyer, IN 46311

Re:     Brian K. Smith v. Ford Motor Company
        Our File No. 57873/JMA
        I.W.C.C. No. 15WC35820
        Date of Incident: July 27, 2015

Dear Mr. Smith:

Enclosed please find a copy of the report that I recently received from Dr. Lorenz regarding your cervical injury. Please review the enclosed report and contact me to discuss in detail. Thank you for your attention to this matter.

Very truly yours,

ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.

Jeffrey M. Alter
JMA/ch
Encl.

MARK NOVAK ,
DOUGLAS A. COLBY
JOHN M. POPELKA
STEVEN A. BERMAN
JEFFREY M. ALTER
MICHAEL L. TEICH
BRIAN D. TEVEN
JENNIFER J.C. KELLY

STEVEN A. WADE
HAYLEY GRAHAM SLEFO
JAMES A. MCCARRON
LISA M. CIHARAN
ADAM M. GILBERT

LAW OFFICES

# ANESI, OZMON, RODIN, NOVAK & KOHEN, Ltd.

21ST FLOOR

161 NORTH CLARK STREET

CHICAGO, ILLINOIS 60601

(312) 372-3822
TOLL FREE
(800) 458-3822
FAX (312) 372-3833

WWW.ANESILAW.COM

FORMERLY

HORWITZ & ANESI
(1955-1965)
J.W. HORWITZ (DEC'D 1963)
CHARLES E. ANESI (DEC'D 1995)
RICHARD A. LEWIN (DEC'D 1985)
NAT P. OZMON (DEC'D 2011)

ADMINISTRATION
PAOLA A. VILLARREAL
CHARLES CHOMSKY (DEC'D 1996)

January 18, 2018

Mr. Brian K. Smith
222 Primrose Drive
Dyer, IN 46311

Re:     Brian K. Smith v. Ford Motor Company
        Our File No. 57873/JMA
        I.W.C.C. No. 15WC35820
        Date of Incident: July 27, 2015

Dear Mr. Smith:

Enclosed please find a copy of the report that I recently received from Dr. Lorenz regarding your cervical injury. Please review the enclosed report and contact me to discuss in detail. Thank you for your attention to this matter.

Very truly yours,

**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**

Jeffrey M. Alter
JMA/gh
Encl.

# Hinsdale
# Orthopaedics

Jeffrey M. Alter
Law Offices of Anesi, Ozmon, Rodin, Novak & Kohen, Ltd
161 North Clark Street, 21ˢᵗ Floor
Chicago, IL 60601

December 27, 2017

Re:  Brian K. Smith v. Ford Motor Company
     Date of Birth:        09/20/1967
     Date of Accident:     July 27, 2015
     I.C. No.              15WC35820
     File No.              57873/JMA

1.  Mr. Smith's work injury of July 27, 2015 was a causative factor in his
    current diagnosis of left C4 radiculopathy. On that day, he was pulling
    himself up onto a forklift when he heard a pop and felt immediate onset
    of pain radiating from his neck to his left shoulder. At his first office visit
    with Dr. Chudik on 10/21/2015 after his work related injury, he did also
    complain of pain in his cervical spine. He was diagnosed at that time
    with left shoulder impingement and cervical radiculopathy. He denies a
    history of neck or radicular complaints prior to work related injury. The
    MRI of the cervical spine completed after his work related injury
    demonstrates significant foraminal stenosis at the C4-C5 interval and an
    EMG demonstrates left C4 radiculopathy. Both these studies confirm
    Mr. Smith's diagnosis of left C4 radiculopathy.

2.  The lipoma at the base of Mr. Smith's neck is not related or caused by
    the work injury of July 27, 2015. It was a coincidental finding and
    diagnosis throughout the course of his treatment.

3.  It is to a reasonable degree of medical and surgical certainty that all of
    the treatment thus far regarding the cervical injections and
    recommendation of surgical intervention with C4-C5 ACDF has been

Dr. Kris J. Alden
Dr. Steven G. Bardfield
Dr. Debdut Biswas
Dr. Brian J. Burgess
Dr. Giridhar Burra
Dr. Steven C. Chudik
Dr. Michael J. Collias
Dr. Robert J. Daley
Dr. Ashraf H. Darwish
Dr. Benjamin G. Domb
Dr. Evan A. Dougherty
Dr. Michael C. Durkin
Dr. Bradley O. Dworsky
Dr. Marc R. Fajardo
Dr. Bernard J. Feldman
Dr. Maria Francis
Dr. Bryant S. Ho
Dr. Jason G. Hurbanek
Dr. Marie Kirincic
Dr. Justin M. LaBeau
Dr. Mark A. Lorenz
Dr. Steven S. Louis
Dr. Edward F. Marcinek
Dr. Steven W. Miller
Dr. Jillian A. Nacke
Dr. Ronak M. Patel
Dr. Amy S. Pappola
Dr. Carl R. Templin
Dr. Robert J. Thorsness
Dr. Paul M. Teksal
Dr. Leah R. Urbanosky
Dr. Michael R. Zindrick

Hinsdale
550 West Ogden Ave.
Hinsdale, IL 60521
630.323.6116

Elmhurst
1200 South York Rd
Suite 4110
Elmhurst, IL 60126
630.279.2401

Joliet
951 Essington Rd.
Joliet, IL 60435
815.744.4551

Naperville
7940 Rollinsridge Rd.
Suite 102
Naperville, IL 60564
630.579.6500

New Lenox
1870 Silver Cross Blvd.
Suite 200
New Lenox, IL 60451
815.462.3474

Western Springs
4700 Gilbert Ave.
Suite 51
Western Springs, IL 60558
708.387.1747

Westmont
1010 Executive Ct.
Suite 250
Westmont, IL 60559
630.920.2350

www.hinsdaleorthopaedics.com

10/23/2015 11:14:02 PM -0500 HINSDALE ORTHO                          PAGE 3   OF 5

Hinsdale Orthopaedic                                    10/23/2015
550 W. Ogden Ave                    NPRO  RM: 10  BODY PART:Left Shoulder
Hinsdale, IL 60521
Main: (630) 323-6116 Fax: (630) 323-6169            Date of Service: 10/21/2015

Brian Smith                    Home: (734) 368-7759
Male DOB: Sep 20, 1967              430517

Gastrointestinal: Denies nausea, vomiting, abdominal pain, rectal bleeding, bowel problems.

Genitourinary: Denies hematuria, kidney stones, sexual problems, testicle pain.

Musculoskeletal: Complains of joint pain, neck pain.

Skin: Denies rash, itching, change in hair or nails, breast lump, breast pain or discharge.

Neurologic: Denies frequent headaches, paralysis, tremors, numbness, tingling.

Psychiatric: Denies insomnia, confusion, memory loss, anxiety, substance abuse.

Endocrine: Denies polydipsia, polyuria, hormone problem.

Allergic/Immunologic: Denies  food allergies, aspirin allergy, antibiotic allergy

Heme/Lymphatic: Denies bruising easily, slow to heal, enlarged glands.

## General Physical Exam

**General Appearance:**

well nourished and developed, normal body habitus, good hygiene, good grooming

**Eyes:**

normal sclera, normal conjunctiva

**ENMT:**

good dentition

**Psychiatric Evaluation:**

Patient demostrates appropriate age related behavior, appropriate comprehension and judgement, appropriate mood and affect

**Head/Neck:**

normal atraumatic cephalic, normal cervical ROM, normal cervical muscle strength

**Cardiovascular:**

no lower extremity edema, no significant varicosities, symmetric pedal pulses

**Musculoskeletal:**

normal gait pattern, no significant digital or nail deformities

**General Skin:**

Normal to general inspection and palpation.

## Xray Impression

**Upper Extremity Peripheral Neurovascular Exam Left**
Shoulder abduction (Axillary): normal
Biceps (musculocutaneous): normal
Thumb IP extension (radial): normal
Thumb opposition (median): normal
Finger abduction (Ulnar): normal
Sensation over lateral shoulder (Axillary): normal
Sensation over lateral forearm (Musculocutaneous): normal
Sensation over 1st web space (radial): normal
Sensation over index fingertip (median): normal
Sensation over little fingertip (Ulnar): normal
Capillary refill: normal
Radial pulse: normal

**Shoulder Exam**
Palpation
Left Shoulder

# Hinsdale
# Orthopaedics

Jeffrey M. Alter
Law Offices of Anesi, Ozmon, Rodin, Novak & Kohen, Ltd
161 North Clark Street, 21ˢᵗ Floor
Chicago, IL 60601

December 27, 2017

Re:     Brian K. Smith v. Ford Motor Company
        Date of Birth:          09/20/1967
        Date of Accident:       July 27, 2015
        I.C. No.                15WC35820
        File No.                57873/JMA

1.  Mr. Smith's work injury of July 27, 2015 was a causative factor in his
    current diagnosis of left C4 radiculopathy. On that day, he was pulling
    himself up onto a forklift when he heard a pop and felt immediate onset
    of pain radiating from his neck to his left shoulder. At his first office visit
    with Dr. Chudik on 10/21/2015 after his work related injury, he did also
    complain of pain in his cervical spine. He was diagnosed at that time
    with left shoulder impingement and cervical radiculopathy. He denies a
    history of neck or radicular complaints prior to work related injury. The
    MRI of the cervical spine completed after his work related injury
    demonstrates significant foraminal stenosis at the C4-C5 interval and an
    EMG demonstrates left C4 radiculopathy. Both these studies confirm
    Mr. Smith's diagnosis of left C4 radiculopathy.

2.  The lipoma at the base of Mr. Smith's neck is not related or caused by
    the work injury of July 27, 2015. It was a coincidental finding and
    diagnosis throughout the course of his treatment.

3.  It is to a reasonable degree of medical and surgical certainty that all of
    the treatment thus far regarding the cervical injections and
    recommendation of surgical intervention with C4-C5 ACDF has been

Dr. Kris J. Alden
Dr. Steven G. Bardfield
Dr. Delshin Bowens
Dr. Brian J. Burgess
Dr. Girdhar Burra
Dr. Steven C. Chudik
Dr. Michael J. Collias
Dr. Robert J. Daley
Dr. Ashraf H. Darwish
Dr. Benjamin G. Domb
Dr. Evan A. Dougherty
Dr. Michael C. Durkin
Dr. Bradley D. Dworsky
Dr. Marc R. Fajardo
Dr. Bernard J. Feldman
Dr. Maria Francis
Dr. Bryant S. Ho
Dr. Jason G. Hurbanek
Dr. Marie Kirincic
Dr. Jestin M. LaReau
Dr. Mark A. Lorenz
Dr. Steven S. Louis
Dr. Edward J. Marcoski
Dr. Steven W. Miller
Dr. Ellora A. Naclerio
Dr. Randy M. Paul
Dr. Anup S. Puppala
Dr. Carol R. Templin
Dr. Robert J. Thometz
Dr. Paul M. Uksak
Dr. Leah R. Urbanosky
Dr. Michael R. Zindrick

Hinsdale
550 West Ogden Ave.
Hinsdale, IL 60521
630.323.6116

Elmhurst
1200 South York Rd.
Suite 4110
Elmhurst, IL 60126
630.279.2401

Joliet
951 Essington Rd.
Joliet, IL 60435
815.744.4551

Naperville
3940 Rollingside Rd
Suite 102
Naperville, IL 60564
630.579.6500

New Lenox
1870 Silver Cross Blvd.
Suite 200
New Lenox, IL 60451
815.462.3474

Western Springs
4700 Gilbert Ave.
Suite 51
Western Springs, IL 60558
708.387.1737

Westmont
1010 Executive Ct.
Suite 250
Westmont, IL 60559
630.920.2350

www.hinsdaleorthopaedics.com

10/23/2015 11:14:02 PM −0500 HINSDALE ORTHO                          PAGE 3   OF 5

Hinsdale Orthopaedic                                    10/23/2015
550 W. Ogden Ave                    NPRO  RM: 10  BODY PART:Left Shoulder
Hinsdale, IL 60521
Main: (630) 323-6116 Fax: (630) 323-6169        Date of Service: 10/21/2015

Brian Smith                   Home: (734) 368-7759
Male DOB: Sep 20, 1967             430517

**Gastrointestinal:** Denies nausea, vomiting, abdominal pain, rectal bleeding, bowel problems.

**Genitourinary:** Denies hematuria, kidney stones, sexual problems, testicle pain.

**Musculoskeletal:** Complains of joint pain, neck pain.

**Skin:** Denies rash, itching, change in hair or nails, breast lump, breast pain or discharge.

**Neurologic:** Denies frequent headaches, paralysis, tremors, numbness, tingling.

**Psychiatric:** Denies insomnia, confusion, memory loss, anxiety, substance abuse.

**Endocrine:** Denies polydipsia, polyuria, hormone problem.

**Allergic/Immunologic:** Denies  food allergies, aspirin allergy, antibiotic allergy.

**Heme/Lymphatic:** Denies bruising easily, slow to heal, enlarged glands.

## General Physical Exam

**General Appearance:**
well nourished and developed, normal body habitus, good hygiene, good grooming

**Eyes:**
normal sclera, normal conjunctiva

**ENMT:**
good dentition

**Psychiatric Evaluation:**
Patient demostrates appropriate age related behavior, appropriate comprehension and judgement, appropriate mood and affect

**Head/Neck:**
normal atraumatic cephalic, normal cervical ROM, normal cervical muscle strength

**Cardiovascular:**
no lower extremity edema, no significant varicosities, symmetric pedal pulses

**Musculoskeletal:**
normal gait pattern, no significant digital or nail deformities

**General Skin:**
Normal to general inspection and palpation.

## Xray Impression

**Upper Extremity Peripheral Neurovascular Exam Left**
Shoulder abduction (Axillary): normal
Biceps (musculocutaneous): normal
Thumb IP extension (radial): normal
Thumb opposition (median): normal
Finger abduction (Ulnar): normal
Sensation over lateral shoulder (Axillary): normal
Sensation over lateral forearm (Musculocutaneous): normal
Sensation over 1st web space (radial): normal
Sensation over index fingertip (median): normal
Sensation over little fingertip (Ulnar): normal
Capillary refill: normal
Radial pulse: normal

**Shoulder Exam**
**Palpation**
**Left Shoulder**

MARK NOVAK
DOUGLAS A. COLBY
JOHN M. POPELKA
STEVEN A. BERMAN
JEFFREY M. ALTER
MICHAEL L. TEICH
BRIAN D. TEVEN
JENNIFER J.C. KELLY

STEVEN A. WADE
HAYLEY GRAHAM SLEFO
JAMES A. MCCARRON
LISA M. CIHARAN
ADAM M. GILBERT

LAW OFFICES

# ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.

21ST FLOOR

161 NORTH CLARK STREET

CHICAGO, ILLINOIS 60601

——

(312) 372-3822
TOLL FREE
(800) 458-3822
FAX (312) 372-3833

——

WWW.ANESILAW.COM

FORMERLY

HORWITZ & ANESI
(1955-1965)
J.W. HORWITZ (DEC'D 1963)
CHARLES E. ANESI (DEC'D 1995)
RICHARD A. LEWIN (DEC'D 1985)
NAT P. OZMON (DEC'D 2011)

——

ADMINISTRATION
PAOLA A. VILLARREAL
CHARLES CHOMSKY (DEC'D 1996)

January 18, 2018

Mr. Brian K. Smith
222 Primrose Drive
Dyer, IN 46311

Re:     Brian K. Smith v. Ford Motor Company
        Our File No. 57873/JMA
        I.W.C.C. No. 15WC35820
        Date of Incident:  July 27, 2015

Dear Mr. Smith:

Enclosed please find a copy of the report that I recently received from Dr. Lorenz regarding your cervical injury. Please review the enclosed report and contact me to discuss in detail. Thank you for your attention to this matter.

Very truly yours,

**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**

Jeffrey M. Alter
JMA/ch
Encl.

# BERKOWITZOLIVER LLP

**Megan D. Costello**
mcostello@berkowitzoliver.com
**Direct Dial: (816) 627-0223**

June 8, 2018

**VIA FEDEX**

Brian Smith
222 Primrose Drive
Dyer, Indiana 46311

> *Re:* *Brian K. Smith v. Ford Motor Company*
> Charge No. 2016CF0476, ALS No. 17-006

Dear Mr. Smith:

On May 14, 2018, we notified you that some documents containing the private information of other Ford employees (and which have no bearing on your case) had been mistakenly produced to your former attorney, and then given to you. We rectified this by providing you with a new CD of Ford's documents for use in this case, from which the documents containing other employees' confidential information had been removed. We also sent you a letter with that CD confirming that, in accordance with what you told Kathleen Nemechek by phone on May 14th, you had not viewed, used, copied or disclosed the pages numbered FMC-Smith 2568, 2643, 2644, 2645, 2647, and 2652. You then returned to us the CD Ford had previously produced.

After you sent back the CD, in response to our discovery requests, you sent us several documents. Included was a printout of FMC-Smith 2652, one of the documents containing another employee's confidential information. Accordingly, it is apparent that you <u>have</u> viewed and retained at least one of the documents we previously asked you to return.

**We request that you immediately return <u>every copy</u> you have of the documents numbered FMC-Smith 2568, 2643, 2644, 2645, 2647, and 2652 (on the bottom right corner).** If you have electronic copies, they are to be deleted. Additionally, we have set a hearing with the judge on **Tuesday, June 12 at 3:00 p.m.,** where will are asking that he order you to return the documents and certify that you have not used or otherwise disclosed the information therein. A notice and motion for that hearing is enclosed. **Please call the Commission at 312-814-6269 to provide them a phone number to call you at on Tuesday.**

Chicago Stamping Plant
1000 E Lincoln Highway
Chicago Hts. IL 60411

Phone Number: (708) 756-1221

| | |
|---|---|
| Order Type: | MRI |
| Order Date: | 08/18/2015 |

| | |
|---|---|
| Patient's Name: | Brian K Smith |
| Date of Birth: | 09/20/1967 |
| Address: | 222 PRIMROSE<br>DYER IN 46311 |
| Phone Number: | |
| Patient's Instructions: | |

| | |
|---|---|
| Bill To: | Workers Compensation |
| WC Representative: | Iris Robinson |
| Phone Number: | 708-757-5700 ext. 217 |
| Address: | Chicago Stamping Plant<br>Workers Compensation Office<br>1000 E. Lincoln Highway<br>Chicago Heights, USA Illinois 60411<br>United States |

She can Verify that doctor Chudic
is a Workers Compensation Dr Chudic
is a Workers Compensation Dr

HOT LINE 1-866-893-0576

UNICARE 1-877-475-9652

Denise Bombagetti R.N.
Senior Nurse
Ford Motor Company - Chicago Stamping Plant
1000 East Lincoln Highway
Chicago Heights, IL 60411
Direct Lines:                    (Denise)
                    708-756-6521

Medical: 708-757-5700 Prompt #3
Secure Fax: 708-756-6586

Sharon
708 757-5700
prompt #3
Monday-Friday
7 AM - 3PM

## Personal Information

CLOCK :                                    UAW ID :  0

Last Name : Smith          First Name : Brian          Middle :  K

  Phone : (219)322-7183          Address : 222 Primrose

Birth Date :                              Address :

  County : Lake              City : Dyer                      ST :  IN

Marital Status :                    ZIP Code : 46311

  Sex : MALE                  No Label : false

Cell Phone :                        E-Mail :

## Personal Information

CLOCK :                                    UAW ID :  1005314

Last Name : Smith          First Name : Brian          Middle :  K

  Phone :                  Address : 4417 W 13th Ave

Birth Date : 11/01/1965              Address :

  County : Lake              City : Gary                      ST :  IN

Marital Status :                    ZIP Code : 46404

  Sex : MALE                  No Label : false

Cell Phone                          E-Mail :

Global 879102



**EXECUTIVE BOARD**
PHIL HITZELBURGER **PRESIDENT**
EUGENE ROGERS VP
PAM ASH
GENO CRAWFORD
BRANDON WARD
DAN BOGASH
BRENT DATTILO
JAMES BRODEUR
NICK OGRODOWSKI
                RETIREES CHMN
DAVE MEEKER -UNIT 4 CHMN
TIM MCLAUGHLIN - UNIT 6 CHMN
D D COLE     - UNIT 9 CHMN

R ROBERTSON, INS REP
R BERG, QL
F HURYSZ, JAC
S MYLES,      JOB SEC REP & ESSP
S VAN BABER, ERC

**BARGAINING COMMITTEE**
MATT KOLANOWSKI **CHARMAN**
CHARLIE EVANS
DARRIN ANDREWS
GEORGE PEARSON
B GEREG   - SAFETY
R MAROTTA - SAFETY
D FARRIS  - SAFETY

**DISTRICT COMMITTEE**
R MOORE    A CREW
D BEYER    B CREW
O DELGADO  C CREW

→ NO SMOKING ←

32 32?

# UNION GRIEVANCE

(GRIEVANCE STARTING SECOND STAGE ONLY)

GRIEVANCE **S** 3680

Bldg. or Unit _CHSP_  Local No. _588_

Date _9-10-15_

Employee Name _B.K. Smith_  Badge No. _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_

Shift _B_  Seniority _3-30-98_  Dept. _52_

Classification _Chk Material Control_

Employee Signed: _____

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Date Stamp Submission

_SB_

_9-10-15_

Nature of Grievance _Equal Application of Agreement_

Violation of Article _X_  Section _9_

Statement of Case _On Wednesday 9-2-15 Brian K. Smith was pulled out of training by Rob Henderson and sent to L.R. This is discrimination because all others in training are allowed to finish. No one from the company has suggested or informed Mr. Smith to file for medical leave which has resulted in Mr. Smith not receiving any pay. Mr. Smith was sent out of the plant to see if he is fit for duty. All of this stemmed from a near miss report filed by the company. Mr. Smith has not been treated equally compared to the rest of the membership._

The Adjustment Requested: _The Company immediately bring Brian K. Smith back to work and to never have Rob Henderson supervise or have any interaction with Mr. Smith again. Also Mr. Smith needs to be made whole for all losses since or after 9-2-15._

Signed (Bargaining Committee) _Donald E. Beyer_

Date Stamp Disposition

Disposition by Company

(Signed) _____

Date _____

(Company Representative)

All Grievances Must Be "Date Stamped" by Company Representative on Date Presented and Disposed

WHITE - ORIGINAL — CANARY - DUPLICATE — PINK - TRIPLICATE — GOLD-QUADRUPLICATE  FORM F2-A - REVISED 6/99



**Local Union 588 UAW**

21540 COTTAGE GROVE AVENUE
CHICAGO HEIGHTS, ILLINOIS 60411
PHONE 708-758-2975
FAX 708-758-2999
local588@sbcglobal.net

**INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURE IMPLEMENT WORKERS OF AMERICA-UAW**

| | | | | | |
|---|---|---|---|---|---|
| **Bill Jackson** | President | **Dan Bogash** | Trustee | **George Pearson** | Unit Skilled Trades |
| **Phil Hitzelburger** | Vice President | **James Brodeur** | Sergeant-at-Arms | **Darrin Andrews** | Unit Production |
| **Pam Ash** | Recording Secretary | **Connie Hines** | Guide | **Mike Conners** | Chairman, Unit 4 |
| **Mark Schutz** | Financial Secretary | | Chmn. Retirees Chapter | **Craig Wright** | Chairman, Unit 6 |
| **Geno Crawford** | Trustee | **Matt Kolanowski** | Bargaining Chmn. | **Caprice Washington** | Chairman, Unit 9 |
| **Ben Baso** | Trustee | **Charlie Evans** | Unit-at-Large | | |

Date: 4-16-2018

To Whom It May Concern:

There are two Brian K. Smiths that work for Ford Motor Company Chicago Stamping Plant. One I can confirm is Brian Keith Smith (Global ID 862325) who lives at 222 Primrose Dr., Dyer, Indiana. The other Brian K. Smith (Global ID 879102) who lives at 4417 W. 13th St., Gary, IN.

Supporting Document here provided to Brian Keith Smith.

Thank You,

*Mark Schutz*

Financial Secretary / Treasurer

UAW Local 588

including what I'm paying you to represent me.     If you looked through my medical files you will not see any passes from Ron Vanderbilt this shows     that they have been editing my medical records.     Sharon (Nurse) at Ford Motor Company     told me on     December 19, (2016) at or about 2:00pm     when I had mention that I felt like I was being harrassed, she said she knew that I was     she had witnessed it.     I told Matt Kowlinowski that same day as I was only there to pick up my medical files.     Matt Kowlinowski (Bargaining Chairman) was driving a 2012 to 2015 black cadillac.


This is why I wanted you to file my case because I found the text messages and that I did not have at the time of deposition.     The case was dismissed while I was on work related medical October 22, 2015 to May 25, 2016.

# EEOC (Inquiry) Number: **440-2023-09677**

## Inquiry Information

### INQUIRY OFFICE

**Receiving:** Chicago District Office

**Accountable:** Chicago District Office

### POTENTIAL CHARGING PARTY

**Name:** Mr. Brian K. Smith

**Address:** 222 primrose drive
DYER, IN 46311

**Year of Birth:** 1967

**Email Address:** smith6279@att.net

**Phone Number:** 734-368-7759

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** M

**Disabled?** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** American(U.S.)

### RESPONDENT/Employer

**Organization Name:** FORD MOTOR COMPANY

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Address:** 1000 E LINCOLN HWY CHICAGO STAMPING PLANT
FORD HEIGHTS, IL 60411

**County:** COOK

**Phone Number:** (708) 757-5700

### LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:**



**CHICAGO STAMPING PLANT**

SAFETY / SECURITY SECTION

**Incident Investigation**

| DATE OF INCIDENT: | TIME OF INCIDENT: | INCIDENT TYPE: | DEPARTMENT INVOLVED: |
|---|---|---|---|
| • August 28, 2015 | • 4:30 p.m. | • PMHV | • MPL and 87 |
| **LOCATION OF INCIDENT:** | **PERSONNEL INVOLVED:** | **EQUIPMENT INVOLVED:** | **REPORT TAKEN BY:** |
| • Line 180 Op. 200 | • Brian Smith 862325 | • Forklift #406 | • Mark Becker |

### INCIDENT DESCRIPTION:

On Friday, August 28, 2015, Brian K Smith was moving an empty rack on the east end of the Hovair rack shuttle which is adjacent to Line 180 Operation 200. While positioning the rack it slid on the fork truck blades due to a quick application of the brakes. The rack ended up past the Hovair rack stand and at an angle on the north side of the Hovair unit. The nearest employee was at the workstation west of the location. The rack did not strike and person or equipment and there were no injuries.

### INCIDENT INVESTIGATION:

Fork Driver Smith reported that he had been having problems with the fork truck (#406) on the previous day. He stated the vehicle would get a code and the brake pedal application would become stiff. Mr. Smith stated that he was expecting the condition to occur again when placing the rack and so he hit the brake pedal harder than usual which cause the panel to shift on the fork blades. Mr. Smith stated that he had honked the horn to warn employees to stay clear as he approached with the rack. He stated that after the rack shifted he recovered control of the rack using his fork blades. One production worker Mr. Bishop approached the rack and grabbed the upright. Mr. Smith instructed the employee to move clear of the rack.

Production Operator Carlo Bishop (GID: 2022143) was placing patches on the fixture to the west of the incident location (Operation 200). He heard the horn of the fork truck but was not facing to Hovair unit so he did not see what had happened. Mr. Bishop stated that due to his position the rack he was not in the path of the rack as it shifted. After the rack shifted it was at an angle toward the adjacent electrical panel and parts tray but did not strike it.

Production Operator James Steele (GID: 1958032) was operating the work station just east of Mr. Bishops location. He stated he had placed a door panel into the line and when he came out Mr. Bishop hollered and there was a commotion. The racks were tilted partly over (estimated leaning about 30 degrees) and the side of the rack was approximately 8 to 10 inches from the nesting position of the Hovair unit. Mr. Steele stated that the rack did not strike any fixed objects. Mr. Steele went to the rack and grabbed it but Team Leader Mike Gonzalez arrived and told Mr. Steele and Mr. Bishop to stay clear which they did. The fork driver was able to pull the rack off the Hovair unit.

Team Leader Mike Gonzalez (1825019) stated that he was at the computer work station at X-16. He observed that the fork driver was having trouble with the rack and it was "off keel". He went to the location to make sure that Bishop and Steele were ok. I yelled at Bishop and Steele to stay away. Mr. Gonzalez notified his Process Coach Paul Flisiak.

Lift Truck 406 was taken to the Truck Shop and evaluated by Mechanic Heath Grable 878998. Mark Becker received a voice mail with the results of Mr. Grable's review. All codes were reviewed and no codes were found that indicated a safety issue with the fork. Mr. Grable indicated that his evaluation was that the vehicle was working properly.

Mr. Smith's vehicle license was suspended pending investigation.

INCIDENT INVESTIGATION REPORT

## Chicago Stamping Plant

| | | Report Printed Date: | 11/27/2018 |
|---|---|---|---|
| | | Report Requestor: | SWALL4 |
| **Investigation ID:** | 30691808 | **Investigation Status:** | Safety Sign-Off |
| **Attachments:** | No | | |
| **Investigator Name and CDS ID:** | Vandervelde, Ronald RVAND106 | | |
| **Incident Date and Time:** | 08/28/2015 04:40 **Incident Type:** | | Near Miss |

Investigator Information

Investigation Initiated Date: 08/28/2015

Investigation Complete Date: 08/31/2015

Investigator Description of Incident:

At approx 4:40 I got a call that there was a near miss at 180 at the outer load station that while moving an empty rack the rack tilted in the direction of the load station. No one was injured but a worker was 5-7 feet away. The witness stated that the driver honked and then went to move the rack it tilted. They cleared everyone out of the area and corrected the rack position.

(Injured) Person's Name: Incident Person's Start Time:

Person Statement of Incident:

Incident Location/Job Information

Incident Department:

Incident Work Location:

Incident Location/Bay: Low bay, vicinity of column V 16 on line 180 outer load station

Incident Station #:

Incident Job Code/Description:

Incident Process #:

Experience in Incident Job:

Incident Shift:

Incident Analysis

Source of injury:

Source of injury Detail:

Task/Activity: Material Handling (including PMHVs)

Is there a potential that this incident could have resulted in a more severe injury? No

Has employee / union representative been consulted? Yes

Further investigation, notification or follow up needed

8-D: Ergonomics:

Industrial Hygiene: GERT:

Witness Statement(s)

Witness Name:

Relationship:

Phone:

Witness Description of the Incident:

Witness stated that the driver honked and went to move the rack but the rack tipped in the direction of the load station

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Witness Name:

Relationship:

Phone:

Witness Description of the Incident:

Witness stated that the rack tipped but did not hit the load station



  05:30

**Ron Vanderbilt <708-941-9779>**

 in front of mrdical?

Sent: Sep 2, 2015

 **Me**: Going up to training and then break. Need skip for medical 8:00 appointment and 12:00am. Thanks

Sent: Sep 2, 2015

 **Ron Vanderbilt**: Do you want OT today?

Received: Sep 2, 2015

 **Me**: Have not watch video yet.



 **Me**: Fwd: Going up to

Still watching video.                          Send

Received: Aug 28, 2015

**Me:** He never showed.

Sent: Aug 28, 2015

**Ron Vanderbilt:** Ok i will go to line 180 and get him

Received: Aug 28, 2015

**Ron Vanderbilt:** You want to chill out in Material handling office

Received: Aug 28, 2015

**Me:** Ok, let me know im outside with union.

Sent: Aug 28, 2015



31, 5am - Tues. Sept 1. 5pm.
Strong turnout = strong mess. 2
Company. Important ? Vote] Matt K.

Received Aug 20, 2015

**Me:** Matt im being discipline for a near miss but being told i do not have the right to see the report. Matt Kowlanowski

Blant Chanahan

Sent Sept 1, 2015

**Me:** Im in labor and need a representative

Sent Sep 3, 2015

8:15pm

Handsome (Art Cruz) heard Rob Henderson
told me to go down to Labor Relations
and He had the Art Cruz stop the video.
Demanded that he stop the video and
said he did not like the the text. that
I sent to him.



Me: Yes

Sent: Aug 19, 2019

Ron Vanderbilt: Your truck is ready in the truck shop

Received: Aug 19, 2019

Me: Good

Me: I have 180

Ron Vanderbilt: 180 is down



Received: Sep 16, 2015

Me: I was able to show maintenance today that forklift #406 did have the problem in which cause me to be disciplined.

Sent: Sep 17, 2015

Don Beyer: Ok

Received: Sep 17, 2015

Me: Can i get a copy of the results of the investigation

Type to compose

Send

Case CF 0476

**Ford**

3/1/2017 9:42 AM

Brian Smith

734-368-7759

Smith, am making a formal request for the following information from the Chicago Stamping Plant for Ford Motor Company regarding my employment record: .

I would like my disciplinary for 2015 regarding a Near Miss and retraining. Also, The procedure for a Near Miss Review. I would Like the fork # I drove and was assigned to.

Brian Keith Smith
Employee Name (Printed)

Brian K Smith   3-01-17
Employee Signature:       Date:

I would like a copy of the (4600) Disciplinary form.



 Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| Notice | CP71C |
|---|---|
| Tax Year | 2017 |
| Notice date | December 25, 2023 |
| Social Security number | XXX-XX-6159 |
| To contact us | 800-829-3903 |
| Page 1 of 4 | 29H |



109854.394442.506520.32049 1 AB 0.537 697
||l·¹¹ₗ|l·¹¹ₗₗₗ|l·ᵢ|l·ₗ|·l·l·lₗₗₗ|l·l·ₗ||l¹l·¹ₗ|ₗ|ᵢₗ|ₗₗ



BRIAN K SMITH
% BRIAN SMITH
222 PRIMROSE DR
DYER IN 46311-4632

109854

Annual reminder of balance due taxes for tax year 2017
## Amount due: $31,103.28

We're required to send you this annual reminder explaining the amount you still owe for your 2017 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by January 15, 2024.

### Billing Summary

| Amount you owe | $31,103.28 |
|---|---|
| **Amount due by January 15, 2024** | **$31,103.28** |

Continued on back...

---



BRIAN K SMITH
% BRIAN SMITH
222 PRIMROSE DR
DYER IN 46311-4632

| Notice | CP71C |
|---|---|
| Notice date | December 25, 2023 |
| Taxpayer ID number | XXX-XX-6159 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number (XXX-XX-6159), the tax year (2017), and the form number (1040) on your payment and any correspondence.

**Amount due by January 15, 2024**

| $31,103.28 |

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

||l·l·l·l·ₗ||ₗ|l·l|l·ₗₗ·ᵢₗ|l·ₗ||lₗ|l·ᵢₗₗₗₗₗ||l·ₗₗ|lₗ

XXXXX6159   RW F0Y0 30 0 201712 670 00003110328

| Notice | CP71C |
|---|---|
| Tax Year | 2017 |
| Notice date | December 25, 2023 |
| Taxpayer ID number | XXX-XX-6159 |
| Page 2 of 4 | 29H |

## What you need to do immediately

**If you agree with the amount due and you're not working with an IRS representative**

- Pay the amount due of $31,103.28 by January 15, 2024, to prevent interest and applicable penalties from continuing to increase.
- Pay online or mail a check or money order with the attached payment stub. You can pay online now at www.irs.gov/payments.

If we notified you that we suspended enforced collection on your account because it would create a financial hardship (meaning you would be unable to pay basic reasonable living expenses if we levied) and your financial situation has not changed, you don't need to do anything.

**If you disagree with the amount due**

Call us at 800-829-3903 to review your account with a representative. Be sure to have your account information available when you call.

We'll assume you agree with the information in this notice if we don't hear from you.

## What you need to know

**Denial or revocation of United States Passport:**

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code (IRC), which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

| Notice | CP71C |
|---|---|
| Tax Year | 2017 |
| Notice date | December 25, 2023 |
| Taxpayer ID number | XXX-XX-6159 |
| Page 3 of 4 | 29H |

109854

## What you need to know – **continued**

### Denial or revocation of United States Passport – **continued**

Seriously delinquent tax debt means an unpaid, legally enforceable federal tax debt of an individual totaling more than $59,000 that has been assessed and for which a Notice of Federal Tax lien has been filed and all administrative remedies under IRC Section 6320 have lapsed or been exhausted, or a levy has been issued. If you are individually liable for tax debt (including penalties and interest) totaling more than $59,000 and you do not pay the amount you owe or make alternate arrangements to pay, we may notify the State Department that your tax debt is seriously delinquent. The State Department generally will not issue or renew a passport to you after we make this notification. If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States. Additional information on passport certification is available at www.irs.gov/passports.

## Payment options

Pay online, by phone, or with a mobile device. Visit IRS.gov/payments or the IRS2Go mobile app for all IRS payment options.

If you plan to mail a payment, consider the electronic options at IRS.gov/payments first. It's free to pay from a bank account (Direct Pay) or the Electronic Federal Tax Payment System (EFTPS). You can also schedule payments and receive email notifications.

If you pay by check, money order, or cashier's check, make sure it's payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at IRS.gov/OPA
- Consider an offer in compromise at IRS.gov/OIC
- Request a temporary collection delay at IRS.gov/tempcollectiondelay

To view the amount you owe and your payment history visit IRS.gov/account.

Continued on back...

| Notice | CP71C |
|---|---|
| Tax Year | 2017 |
| Notice date | December 25, 2023 |
| Taxpayer ID number | XXX-XX-6159 |
| Page 4 of 4 | 29H |

## If we don't hear from you

Pay $31,103.28 by January 15, 2024, to avoid interest and any applicable penalty charges.

If you don't pay the amount due or call us to make payment arrangements, we will continue to send you annual reminder notices of your balance due until the statute of limitations for collection expires.

When you do not pay your tax debt, a federal tax lien arises as a claim against all your property. If you don't pay the amount due immediately or make payment arrangements, we can file a Notice of Federal Tax Lien (NFTL) publicly establishing our priority with your creditors and we may levy (subject to any applicable Collection Due Process rights). If we file the NFTL, it may be difficult to sell or borrow against your property. The NFTL may also appear on your credit report.

## Additional information

- Visit www.irs.gov/cp71c
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your taxpayer identification number and the tax year and form number you are writing about.
- Keep this notice for your records.

We're required to send a copy of this notice to both you and your spouse. Each copy contains the information you are authorized to receive. **Please note**: Only pay the amount due once.

If you need assistance, please don't hesitate to contact us.



*Ford* **Disciplinary Action Report**

| SHIFT | DISPOSITION BY: | | LABOR RELATIONS ☑ | DATE |
|-------|------------------|--|---------------------|------|
| 3Pm | FOREMAN ☐ | | | 1/3/ |

| GLOBAL ID NO. | NAME | PLANT |
|---------------|------|-------|
| COO 862 325 | Brian K. Smith | CRDV |

| | CLASSIFICATION | DEPT NO |
|--|----------------|---------|
| COMPANY SENIORITY | Chicago Material Cont | FC 29 B |
| 03/30/93 | | |

PRESENT CHARGE
Unbecoming / Disrespect to Kyot Adams

| EMPLOYE DESIRES UNION REPRESENTATION | YES | NO | EMPLOYE'S SIGNATURE (IF NO) |
|--------------------------------------|-----|-----|------------------------------|
| | ✓ | | |

PENALTY AND DATE ASSESSED
RW + 3Days (4/3/13)

COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION    *Donald E Beyer*

FOREMAN'S SIGNATURE

LABOR RELATION'S REPRESENTATIVE SIGNATURE

FACTS SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

On 11/24/13, the employee was asked to cover the 3rd shift Material Handling Supervisor. In response, the employee told his supervisor to relay that he refused to cover that shift. As the employee was to be late, he phoned the WE to inform him. The supervisor now told the employee he was to break WE again at the end plant, the employee stated he appreciated his order to comply and used inappropriate language and other responses. His supervisor told the employee who went and was there again, the will sign as witnessed, (Title) (Name) (WE), and (Title) of KW. Tuesday (12/10). When he went to the employee stated that he did go at the break and had begun selling for the supervisor, using other inappropriate language.

**LABOR RELATIONS COPY**

IND.REL. MAR 09    **4600**  (Previous editions may not be used)

All Mp & L Licenses was not Valid because of Govet (2018)

## Disciplinary Action Report

ID NO. 62325

| SHIFT | DISPOSITION BY: | | | DATE |
|---|---|---|---|---|
| | FOREMAN ☐ | PLANT | | 3/23/2022 |
| | LABOR RELATIONS ☐ | Chicago Stamping Plant | | |

NAME: Smith Brian K

CLASSIFICATION

CHARGE — Violation of Safety Rules

AND DATE ASSESSED

PM H V

~~tate~~ BoS PM H V

EMPLOYE DESIRES UNION REPRESENTATION — ☐ X ☐

COMMITTEEMAN SHOULD SIGN HERE IF HE RECEIVED NOTIFICATION OF THIS ACTION

YES ☐ NO ☐ EMPLOYEE'S SIGNATURE (IF NO)

LABOR RELATION'S REPRESENTATIVE SIGNATURE

SUPPORTING CHARGE (LIST IN DETAIL) - ATTACH ADDITIONAL FORM IF MORE SPACE NEEDED

Brian K. Smith was in violation of Safety rules based safety rule of vehicle operators must carry a valid operator permit — Brian did have license on him more of. Brian K. Smith in 90 days per Union Rep

UNION COP

09-21-2017

Brian K. Smith

# *Witness:*

Attention:   Terri Blanchard   (Attorney)

Subject:   Witness

I wanted you to file my case because during the time I had a Deposition    the Department of Human Rights    Susan Bennette (Labor Relations) for Ford Motor Company claimed she did not know who Ron Vanderbilt was and my case was dismissed for lack of evidence.

Ford Motor Company has a policy where as you only have one supervisor during your shift. Any discipline of an employee in his area has to be filed by him, this also includes medical passes.

Ford Motor Company, and the UAW    know of this poiicy and it is written in the union book. August 28, 2015    near miss date I called for my supervisor (Ron Vanderbilt) his response to me, that he would be there in 10 minutes.    I have the copy of the text message.    If you look through my files you will not see Ron Vanderbilt name but text messages im sending you will indicate otherwise.    My case could be won easily with this new evidence.    Ron Vanderbilt knew about the damaged forklift and would not write me up so the Health and Safety for Ford Motor Company, Susan Bennette (Labor relations), Don Beyer (UAW) union representative sent me to retrained anyway.    I'm sending you a text message with the name Matt Kowlinowski (UAW Bargaining chairman) notifying him and of what they were doing to me.    He was not called as a witness and all these events snow balled to everything that happened up to and

# ❦ Franciscan PHYSICIAN NETWORK
## DYER

January 2, 2024

RE: Brian Keith Smith
DOB: 9/20/1967

To Whom It May Concern:

Brian Smith has been released to return to work as of 1/3/2024. He has been treated in
our office for generalized anxiety disorder and major depressive disorder on 10/24/23,
11/1/2023, 11/13/2023, 11/14/2023, 11/30/2023, 12/21/2023, and 12/26/2023. Brian's
leave starting 9/24/2023 was initiated by Dr. Gbenro (his primary care doctor) on 9/25/23
and continued by this office through today. I have requested that Brian's work
department be changed to reduce his stress level. Brian has no other restrictions at this
time.

Sincerely,

*Asifa Choudhry, MD*

Asifa Choudhry, MD

24 Joliet St, Dyer, IN, 46311-1705   | T: 219-322-5747   | F:219-864-2282
www.franciscanalliance.org